**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Jennifer K. Hayes                              CHAPTER 13
                        Debtor(s)
                                                      BKY. NO. 25-23486 GLT

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Mission Servicing Residential, Inc. and index same on the master mailing list.

Respectfully submitted,

/s/ Denise Carlon
Denise Carlon
05 Jan 2026, 14:35:12, EST

Denise Carlon, Esq. (317226) ☑
Matthew Fissel, Esq. (314567) ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com