Certificate Number: 17082-PAW-DE-040686688

Bankruptcy Case Number: 25-23486



17082-PAW-DE-040686688

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 3, 2026, at 2:52 o'clock PM MST, JENNIFER K HAYES completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   March 3, 2026                        By:      /s/Orsolya K Lazar

Name:   Orsolya K Lazar

Title:   Executive Director